IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

FILED
NOV 07 2016
Clerk, U.S Courts
District Of Montana
Missoula Division

| | |
|---|---|
| In the Matter of the Search of: | MJ-16-57-M-JCL |
| A USPS package with tracking number 9505513206866201014419, | ORDER |

The warrant in the above-entitled matter having been executed and returned – together with a copy of the certified inventory of the property seized – to the undersigned, the Clerk of Court is directed to file the same.

IT IS SO ORDERED.

DATED this 7th day of November, 2016.

Jeremiah C. Lynch
United States Magistrate Judge